UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MORTGAGE GUARANTEE INSURANCE CORP.,**
    Plaintiff,

    v.        Case No. 12-C-0487

**FEDERAL HOUSING FINANCE AGENCY and
FEDERAL HOME LOAN MORTGAGE CORP.,**
    Defendants.

---

## ORDER

In response to the parties' recent letters, the court enters this order denying the request made in Nathaniel Cade, Jr.'s letter of June 8, 2012, regarding briefing on the Federal Home Loan Mortgage Corporation's motion to dismiss, stay or transfer this action. Briefing on the motion shall proceed in accordance with the local rules.

**SO ORDERED** at Milwaukee, Wisconsin, this 13th day of June 2012.

                      s/ Lynn Adelman
                      LYNN ADELMAN
                      District Judge